DEC 03 2007
DEC 03 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

United States of America ex rel.
Mario L Hearing #K-84655
(Full name and prison number)
(Include name under which convicted)

PETITIONER

CASE NO:______________
(Supplied by Clerk of this Court)

vs. Chicago Police Department 25th district
(Warden, Superintendent, or authorized person having custody of petitioner)

→ Grand and Central police Station Chicago, IL.

RESPONDENT, and

**(Fill in the following blank only if judgment attacked imposes a sentence to commence in the future)**

ATTORNEY GENERAL OF THE STATE OF
ILLINOIS
(State where judgment entered)

Case Number of State Court Conviction:
______________

**PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY**

1. Name and location of court where conviction entered: ______________

2. Date of judgment of conviction: ______________

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)

______________

4. Sentence(s) imposed: ______________

5. What was your plea? (Check one)
   (A) Not guilty ( )
   (B) Guilty ( )
   (C) Nolo contendere ( )

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

______________

07CV6849
JUDGE PALLMEYER
MAGISTRATE JUDGE MASON

**PART I – TRIAL AND DIRECT REVIEW**

1. Kind of trial: (Check one): Jury ( / ) Judge only ( X )
2. Did you testify at trial? YES ( ) NO ( X )
3. Did you appeal from the conviction or the sentence imposed? YES ( ) NO ( X )

   (A) If you appealed, give the

   (1) Name of court: (NO APPEAL)

   (2) Result: __________

   (3) Date of ruling: __________

   (4) Issues raised: __________

   (B) If you did not appeal, explain briefly why not: THIS CASE HAS NO VOLITITY TO PENDING LAWSUIT!

4. Did you appeal, or seek leave to appeal, to the highest state court? YES ( ) NO ( X )

   (A) If yes, give the

   (1) Result: __________

   (2) Date of ruling: __________

   (3) Issues raised: __________

   (B) If no, why not: DIFFERANT REASON, CASE, OR CAUSE!

5. Did you petition the United States Supreme Court for a writ of *certiorari*? Yes ( ) No ( X )

   If yes, give (A) date of petition: __________ (B) date *certiorari* was denied: __________

**PART II – COLLATERAL PROCEEDINGS**

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

   YES ( ) NO (X)

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: DOES NOT APPLY

   B. Date of filing: ______

   C. Issues raised: ______

   D. Did you receive an evidentiary hearing on your petition? YES ( ) NO (X)

   E. What was the court's ruling? NONE

   F. Date of court's ruling: ______

   G. Did you appeal from the ruling on your petition? YES ( ) NO (X)

   H. (a) If yes, (1) what was the result? ______

   (2) date of decision: ______

   (b) If no, explain briefly why not: NO APPEAL

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?

   YES ( ) NO (X)

   (a) If yes, (1) what was the result? ______

   (2) date of decision: ______

   (b) If no, explain briefly why not: CONVICTION ALMOST COMPLETED

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus? YES ( ) NO (X)

A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

1. Nature of proceeding NONE
2. Date petition filed
3. Ruling on the petition
4. Date of ruling
5. If you appealed, what was the ruling on appeal?
6. Date of ruling on appeal
7. If there was a further appeal, what was the ruling ?
8. Date of ruling on appeal

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**? YES ( ) NO (X)

A. If yes, give name of court, case title and case number: ____________

B. Did the court rule on your petition? If so, state

(1) Ruling: NONE

(2) Date: ____________

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition? YES ( ) NO (X)

If yes, explain: ____________