

PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

KC FILED
DEC 0 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** United States of America ex rel.
MARIO L. HEARRING

**Defendant(s):** CHICAGO POLICE DEPARTMENT, etc., et al.

**County of Residence:** CRAWFORD

**County of Residence:**

**Plaintiff's Address:**

Mario L. Hearring
K-84655
Robinson - RCC
P.O. Box 900
Robinson, IL  62454

**Defendant's Attorney:**

Chief of Criminal Appeals
Illinios Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL  60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

07CV6849
JUDGE PALLMEYER
MAGISTRATE JUDGE MASON

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 12/05/2007