# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6849 | **DATE** | February 29, 2008 |
| **CASE TITLE** |  | U.S. ex rel. Mario Hearring (K-84655) v. Chicago Police Department | |

**DOCKET ENTRY TEXT:**

The court is advised that Petitioner Mario Hearring is no longer incarcerated at Robinson Correctional Center. Petitioner has not furnished the court with his last known address, but the court has obtained it. On its own motion, the court extends the date for compliance with its January 22, 2008 order for 21 days. The Clerk is directed to forward a copy of the January 22, 2008 order [5], including an *in forma pauperis* application and an amended habeas petition form, and this order, to Petitioner at 1108 N. Lawler, Chicago, IL 60651. Failure by petitioner to comply with the January 22, 2008 order within 21 days will result in dismissal of this case.

Docketing to mail notices.

isk