# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6849 | **DATE** | April 16, 2008 |
| **CASE TITLE** | U.S. ex rel. Mario Hearring (K-84655) v. Chicago Police Department | | |

**DOCKET ENTRY TEXT:**

By orders of 1/22/08 and 2/29/08 the court directed the petitioner either to pay the $5.00 filing fee or submit an application for leave to proceed *in forma pauperis* and to file an amended petition  The petitioner was forewarned that failure to comply by March 21, 2008, would result in summary dismissal of this action.  Nevertheless, the petitioner has not responded to the court's orders.  Accordingly, the habeas petition is dismissed for want of prosecution, for failure to pay, and for failure to comply.  Civil case terminated.

Docketing to mail notices.

| | isk |
|---|---|